# Notice Recipients

District/Off: 1129–5  User: mmirra  Date Created: 12/29/2011
Case: 11–50447–LMK  Form ID: b18j  Total: 29

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPRegion21.TL.ECF@usdoj.gov
tr         Mary W. Colon                mcolon@7trustee.net
aty        Quinn E. Brock, Esq.         brockstout@enter.twcbc.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Christopher W. Lopez        1006 South Weeks Street        Bonifay, FL 32425
jdb        Heather S. Lopez            1006 South Weeks Street        Bonifay, FL 32425
1638185    A Safe Storage              1333 Main Street        Chipley, FL 32428
1638186    AMCA        P.O. Box 1235        Elmsford, NY 10523–0935
1638188    AT          P.O. Box 105503      Atlanta, GA 30348–5503
1638187    Anesthesia Consultants      1118 Ross Clark Circle, Suite 700        Dothan, AL 36301–3030
1638189    Capital One        P.O. Box 30281        Salt Lake City, UT 84130
1638191    Chase       P.O. Box 15298        Wilmington, DE 19850
1638190    Chase       P.O. Box 24696        Columbus, OH 43224–0696
1638192    Collection Services         180 E. Burgess Road        Pensacola, FL 32503–7363
1638193    Credit First        P.O. Box 81344        Cleveland, OH 44188–0344
1638194    Digestive Health Specialists        P.O. Box 1180        Sharpsburg, GA 30277
1638195    Dothan Anesthesiology Associates, P.C.        P.O. Box 934399        Atlanta, GA 31193–4399
1638196    Dothan Surgery Center        1450 Ross Clark Circle, S.E., Suite 4        Dothan, AL 36301–4752
1638197    Firestone        P.O. Box 81307        Cleveland, OH 44181–0307
1638198    Flowers Pathology Group, LLC        P.O. Box 1410        Dothan, AL 36302–1410
1638199    Gulf Power        One Energy Place        Pensacola, FL 32520
1638200    Holloway Credit Solutions        P.O. Box 6441        Dothan, AL 36302
1638201    Laboratory Corporation Of America        P.O. Box 2240        Burlington, NC 27216–2240
1638202    Merchants Adjustment Service        56 N. Florida Street        Mobile, AL 36607–3108
1638203    Onemain Financial        300 Saint Paul Street        Baltimore, MD 21202–2120
1638204    Parnell &Crum        P.O. Box 2189        Montgomery, AL 36102
1638205    Physician Services        P.O. Drawer 1625        Dothan, AL 36302
1638206    Urological Associates Of Dothan, P.A.        1118 Ross Clark Circle        Dothan, AL 36301–3039
1638207    Victoria's Secret        P.O. Box 182789        Columbus, OH 43218
1638208    Women's Healthcare Of Dothan, PC        4300 W Main Street, Suite 31        Dothan, AL 36305

TOTAL: 26